# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MELISSA TITUS

      Plantiff,   :    Case No. 3:10-cv-469

  -vs-

                            Judge Walter H. Rice
                            Magistrate Judge Michael J. Newman

VERISON WIRELESS, et.al.,

      Defendants.   :

---

## ORDER

---

For good cause shown, Plaintiff's unopposed motion to extend the discovery deadline by an additional seven days (doc. 40) is **GRANTED.**

The Court hereby **EXTENDS** both the discovery deadline and the dispositive motions deadline to February 9, 2012.

The trial date, and all other dates/deadlines in this case, **REMAIN UNCHANGED**.

**IT IS SO ORDERED.**

February 1, 2012                                        s/ **Michael J. Newman**
                                                           United States Magistrate Judge