**ATTACHMENT A**

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | |
|---|---|
| **MELISSA TITUS,** | : **Case No. 3:10 cv 00469** |
| Plaintiff, | : **(Judge Walter H. Rice)** |
| vs. | : |
| **VERIZON WIRELESS, ET AL.,** | : **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TRIAL CALENDAR DEADLINES PENDING RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

Upon consideration of Defendants' Motion for Extension of Trial Calendar Deadlines Pending Ruling on Defendants' Motion for Summary Judgment, and it appearing that there are good grounds for such request, the following pending deadlines shall be extended to a later date to be determined at a status conference:

- Pretrial Motions:  April 17, 2012
- Joint Final Pretrial Order:  April 24, 2012
- Trial Exhibit Exchange:  April 27, 2012
- Telephone Status Conference:  May 1, 2012
- Jury Instructions, Jury Interrogatories, and Original Deposition Designations:  May 4, 2012
- Counter Deposition Designations:  May 9, 2012
- Trial:  May 14, 2012

It is further ordered that a status conference will be held at a future date, to be announced after this Court has ruled on Defendants' Motion for Summary Judgment, for purposes of rescheduling the above-referenced dates on the trial calendar.

SO ORDERED, this _16th_ day of April, 2012.

_____
Judge Walter H. Rice

693886.1