# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MELISSA TITUS, | |
| Plaintiff, | Case No. 3:10-cv-0469 |
| | District Judge Walter Herbert Rice |
| -vs- | |
| VERIZON WIRELESS, et. al. | |
| Defendant. | |

## ORDER OF REFERENCE

Upon unanimous consent of the parties hereto, and pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C) and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman solely for purpose of conducting a mediation. The Magistrate Judge shall have full authority to conduct the mediation and shall report to the Court whether or not it has resulted in settlement of this case.

November 2, 2012

Walter Herbert Rice
United States District Judge