IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MELISSA TITUS,

    Plaintiff,

vs.

VERIZON WIRELESS, et al.,

    Defendant.

Case No. 3:10cv469

JUDGE WALTER H. RICE

ENTRY OF DISMISSAL WITH PREJUDICE; TERMINATION ENTRY

The captioned cause having been settled by and between the parties, same is hereby dismissed, with prejudice.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

May 23, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record